CO-386-online
10/03

# United States District Court
# For the District of Columbia

DIPKA BHAMBHANI, et al.,            )
                                    )
                                    )
                                    )
            vs      Plaintiff       )   Civil Action No._____
                                    )
MADRIGAL CONDOMINIUMS, LLC,         )
et al.,                             )
                                    )
                  Defendant         )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Madrigal Condominiums, LLC   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Madrigal Condominiums, LLC   which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

484155
BAR IDENTIFICATION NO.

Charles W. Chotvacs
Print Name

601 13th Street, N.W., Suite 1000 South
Address

Washington, D.C.        20005-3807
City         State         Zip Code

(202) 661-2221
Phone Number