CO-386-online
10/03

# United States District Court
# For the District of Columbia

DIPKA BHAMBHANI, et al.,

             vs     Plaintiff

MADRIGAL CONDOMINIUMS, LLC, et al.,

             Defendant

Civil Action No. _____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Mayhood Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Mayhood Company__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_ Gary C. Adler /by CuC w/ permission
Signature

416640
BAR IDENTIFICATION NO.

Gary C. Adler
Print Name

1300 Eye Street, N.W., Suite 400 East
Address

Washington, D.C.    20005
City    State    Zip Code

(202) 625-0600
Phone Number