IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIPKA BHAMBHANI, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 1:08-CV-01175 (JDB) |
| ) | |
| MADRIGAL CONDOMINIUMS, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 16.6, Defendants Madrigal Condominiums, LLC ("Madrigal") and The Mayhood Company ("Mayhood") and Plaintiffs Dipka Bhambhani, Craig Heilman, Wias Issa, Tuoc H. Nguyen, Ja Eon Pak, and Insook Yoo (collectively, "Plaintiffs") enter into this stipulation extending the time for Madrigal and Mayhood to respond to Plaintiffs' Complaint, and in support state as follows:

**WHEREAS,**

1. On June 10, 2008, Plaintiffs filed a Complaint in the Superior Court for the District of Columbia, Civil Division, naming Madrigal and Mayhood as defendants in the action (the "Superior Court Action");

2. On July 7, 2008, Madrigal and Mayhood removed the Superior Court Action to this Court; and

3. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Madrigal and Mayhood's responses to the Complaint are due on or by July 14, 2008.

**THEREFORE,**

Plaintiffs, on the one hand, and Madrigal and Mayhood, on the other, hereby stipulate that Madrigal and Mayhood may have a 17-day extension of time, up to and including July 31, 2008, in which to respond to Plaintiffs' Complaint.

RESPECTFULLY SUBMITTED this 14th day of July, 2008:

Constantinos G. Panagopoulos #430932
Charles W. Chotvacs #484155
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Counsel for Defendant*
*Madrigal Condominiums, LLC*

by CWC
with permission

Gary C. Adler #416640
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 625-0600
Facsimile: (202) 338-6340
gadler@ralaw.com
*Counsel for Defendant*
*The Mayhood Company*

2


Arthur G. Kahn #914192
Brincefiled, Hartnett & Kahn, P.C.
526 King Street, Suite 423
Alexandria, VA 22314-3144
Telephone: (703) 836-2880
Facsimile: (703) 549-1924
agkahn@brincefield.com
*Counsel for Plaintiffs*
*Dipka Bhambhani, Craig Heilman,*
*Wias Issa, Tuoc H. Nguyen,*
*Ja Eon Pak, and Insook Yoo*

**IT IS SO ORDERED.**

_____
John D. Bates
United States District Judge

DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, the foregoing Joint Stipulation and Order was electronically filed with the Clerk of the Court via the CM/ECF system, which shall send a notice of electronic filing to the following counsel of record:

    Gary C. Adler
    ROETZEL & ANDRESS, LPA
    1300 Eye Street, N.W.
    Suite 400 East
    Washington, D.C. 20005
    E-mail: gadler@ralaw.com
    *Counsel for Defendant*
    *The Mayhood Company*

I further certify that a true and correct copy of the foregoing Joint Stipulation and Order was mailed, First-Class postage prepaid, this 14th day of July, 2008, to the following counsel for Plaintiffs:

    Arthur G. Kahn
    BRINCEFIELD, HARTNETT & KAHN, P.C.
    526 King Street
    Suite 423
    Alexandria, VA 22314-3144
    E-mail: agkahn@brincefield.com
    *Counsel for Plaintiffs*
    *Dipka Bhambhani, Craig Heilman,*
    *Wias Issa, Tuoc H. Nguyen,*
    *Ja Eon Pak, and Insook Yoo*

                                Charles W. Chotvacs