IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIPKA BHAMBHANI, et al.        )
                               )
    Plaintiffs,                )
                               )
                               )   Civil Action No. 1:08-cv-01175-JDB
v.                             )
                               )
MADRIGAL CONDOMINIUMS, LLC, et al.  )
                               )
    Defendants.                )
                               )

**CONSENT MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

Plaintiffs Dipka Bhambhani, Craig Heilman, Wias Issa, Tuoc H. Nguyen, Ja Eon Pak, and Insook Yoo, and Defendants Madrigal Condominiums, LLC and The Mayhood Company, move that the Scheduling Conference in this case be continued from September 9, 2008, to October 1, 2008 at 9:00 AM, based on a scheduling conflict of Plaintiffs' counsel.

WHEREFORE,

The parties ask that this Motion be granted and that the Scheduling Conference be continued to Wednesday, October 1, 2008, at 9:00 A.M.

RESPECTFULLY SUBMITTED this 14th day of August, 2008:

Arthur G. Kahn #914192
Brincefield, Hartnett & Kahn, P.C.
526 King Street, Suite 423
Alexandria, VA 22314-3144
Telephone: (703) 836-2880
Facsimile: (703) 549-1924
agkahn@brincefield.com
*Counsel for Plaintiffs*
*Dipka Bhambhani, Craig Heilman,*
*Wias Issa, Tuoc H. Nguyen,*
*Ja Eon Pak, and Insook Yoo*

/S/
_____
Constantinos G. Panagopoulos #430932
Charles W. Chotvacs #484155
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Counsel for Defendant*
*Madrigal Condominiums, LLC*

/S/
_____
Gary C. Adler #416640
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: (202) 625-0600
Facsimile: (202) 338-6340
gadler@ralaw.com
*Counsel for Defendant*
*The Mayhood Company*

**IT IS SO ORDERED.**

_____
John D. Bates
United States District Judge

DATED:_____

## CERTIFICATE OF SERVICE

I hereby certify that on this /4th day of August, 2008, the forgoing Consent Motion for Continuance of Scheduling Conference was electronically filed with the Clerk of the Court via the CM/ECF system, which shall send a notice of electronic filing to the following counsel of record:

>Charles Wheeler Chotvacs, Esquire
>Constantinos G. Panagopoulos, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>601 13th Street, NW
>Suite 1000 South
>Washington, D.C. 20005-3807
>Counsel for Defendant Madrigal Condominiums, LLC
>
>Gary Charles Adler, Esquire
>Roetzel & Andress, LPA
>1300 Eye Street, N.W.
>Suite 400 East
>Washington, D.C. 20005
>Counsel for Defendant The Mayhood Company

_____
Arthur G. Kahn